IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONNY VAN GREEN,

    Petitioner,

-vs-

JAMES CROSS, JR.,

    Respondent.                                No. 15-cv-295-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on August 13, 2015 (Doc. 17), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.**

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                            BY:   *s/Caitlin Fischer*
                                    **Deputy Clerk**

**DATED:** August 14, 2015

Digitally signed by David R. Herndon
Date: 2015.08.14 14:47:19 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**